```
BENJAMIN B. WAGNER
United States Attorney
MARK E. CULLERS
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 01:95CR5110 LJO |
| ) | |
| Plaintiff, ) | MOTION AND ORDER TO WITHDRAW |
| ) | THE REQUEST FOR DISMISSAL OF |
| v. ) | COMPLAINT |
| ) | |
| JOSE LUIS AGUILAR, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Pursuant to Federal Rule of Criminal Procedure 48(a), Plaintiff United States of America, by and through its attorneys of record, BENJAMIN B. WAGNER, United States Attorney, and MARK E. CULLERS, Assistant United States Attorney, hereby seek to vacate and withdraw the motion and order to dismiss the complaint, filed on April 4, 2012, as to the above-named defendant. The request was filed in error.

DATED: April 13, 2012                  Respectfully submitted,

                                       BENJAMIN B. WAGNER
                                       United States Attorney

                                   By:  /s/ Mark E. Cullers
                                       MARK E. CULLERS
                                       Assistant U.S. Attorney

1

**ORDER**

The request to dismiss the complaint filed on April 4, 2012, said request which has not been acted upon by this Court, is ordered to be vacated and withdrawn as it was filed in error.

IT IS SO ORDERED.

**Dated:   April 18, 2012**                             /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE